AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**
DEC 17 2019
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Audoro GUERRERO-Limon | ) | Case No. M-19-3095-M |
| YOB: 1992 USC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 11, 2019__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 924(a)(1)(A) | Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

12/17/2019
Approved Angel Castro
AUSA

_____
Complainant's signature

Michael Cardenas, ATF Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/17/19

_____
Judge's signature

City and state: McAllen, Tx
J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Audoro GUERRERO-Limon (hereinafter referred to as "GUERRERO-Limon") with the criminal violation set forth in Attachment A. The evidence available to me demonstrates that there is probable cause that GUERREO-Limon violated Title 18 U.S.C. Section 924(a)(1)(A) which provides as follows: Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee (FFL).

Further, the Affiant states as follows:

On or about December 16, 2019, your affiant along with an ATF Agent attempted to interview GUERRERO-Limon regarding him most recent attempted firearm purchases for which he received denials for. Agents made contact with GUERRERO-Limon at an address in Palmview, TX and identified themselves by the presentation of their ATF issued badges and credentials. GUERRERO-Limon acknowledged agents and proceeded to speak to Agents regarding his two recent firearms denials.

GUERRERO-Limon stated, on December 11, 2019, he attempted to make his first purchase at an FFL in Mission, TX but was denied. GUERRERO-Limon stated when he filled out the form he only put his last name as GUERRERO and not GUERRERO-Limon, which is his true name. GUERRERO-Limon stated he believed he was denied for that reason. GUERRERO-Limon stated on that same date he drove to a second FFL in McAllen, TX and tried to buy the same firearm. GUERRERO-Limon stated this time he filled out his name as GUERRERO-Limon. GUERRERO-Limon stated he was given a second denial.

Your affiant showed GUERRERO-Limon both ATF Form 4473's and GUERRERO-Limon acknowledged that he filled out both forms. GUERRERO-Limon further stated that the signatures on both forms were his. Your affiant showed GUERRERO-Limon question 11c which states the following: "Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" GUERRERO-Limon checked no in response to question 11c on said form. GUERRERO-Limon stated he was a convicted felon and had been convicted of a Federal Felony in which he was sentenced to 15 month Bureau of Prisons but due to good behavior only served 13 months.

GUERRERO-Limon further stated the address he listed on both ATF Form 4473's was not the address in which he was currently residing. GUERRERO-Limon stated he had not lived at that address in six months.